**Norman P. BEAUDOIN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 06–3030, 06–3135.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before LINN, PROST, Circuit Judges and SARIS, District Judge.*

* Honorable Patti B. Saris, District Judge, United States District Court for the District Mas-

---

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.